UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>MOHAMUD ABDULLAHI<br>a/k/a "Cannon" | Case No. 2:24-cr-00023-NT |

U.S. DISTRICT COURT
DISTRICT OF MAINE
PORTLAND
RECEIVED & FILED

2024 FEB 28 A 11: 46

DEPUTY CLERK

# INDICTMENT

The Grand Jury charges:

## COUNT ONE
### (Felon in Possession of Firearm)

On about November 23, 2023, in the District of Maine, the defendant

**MOHAMUD ABDULLAHI**
**a/k/a "Cannon"**

knowing that he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, namely

Aggravated Criminal Trespass and Assault on about September 25, 2017 in the Cumberland County Superior Court in docket CUMDC-CR-2017-0143; and

Unlawful Trafficking in Scheduled Drugs on about September 29, 2011 in the Cumberland County Superior Court in docket CUMDC-CR-2011-1544,

knowingly possessed, in and affecting commerce, a firearm, that is:

- One (1) Taurus, model G3, 9mm pistol bearing serial number ACM660633.

In violation of Title 18, United States Code, Section 922(g)(1) and 924(a)(8).

## NOTICE OF FORFEITURE
18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c)

Upon conviction of the offenses in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8) in Count One of this Indictment, the defendant,

## MOHAMUD ABDULLAHI
### a/k/a "Cannon"

shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d)(1), and Title 28, United States Code, Section 2461(c), any firearm or ammunition involved in or used in any knowing commission of the offense. The property to be forfeited includes, but is not limited to:

- One (1) Taurus, model G3, 9mm pistol bearing serial number ACM660633.

A TRUE BILL,

Signature Redacted – Original on file with the Clerk's Office

_____
ASSISTANT UNITED STATES ATTORNEY

Dated: __FEBRUARY 28, 2024__